(November 2, 1967)

Helen Crass, Individually and on Behalf of Budd Publications, Inc., Appellant-Respondent, v. John F. Budd et al., Respondents-Appellants.—

No opinion. Concur — Stevens, J. P., Steuer, Tilzer, Rabin and McGivern, JJ.